■ HARRY WAX et al., Appellants, *v.* BEATRICE GLAUBMAN et al., as Executors of REUBEN R. SACKS, Deceased, et al., Respondents.— Appeal from a judgment, entered upon a dismissal of the second amended complaint, as a consequence of the appellants' refusal, before and after the impanelling of the jury, to proceed to trial because of the lack of a witness. Judgment unanimously affirmed, with costs. Under the circumstances presented in the record, there was no abuse of discretion on the part of the trial court in refusing to grant appellants' request for an adjournment. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ GEORGE WISSER, Respondent, *v.* NICHOLAS RACANELLI et al., Appellants. — In an action to recover a broker's commission, the appeals are from a judgment in favor of the respondent and from an order denying appellants' motion for a new trial. Judgment and order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ.

### (February 11, 1957)

■ PAUL DEMETRES, as Assignee of NICHOLAS DEMETRES, Respondent, v. PHILIP SCHULMAN, Defendant, and ANTHONY LOZITO, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Murphy, Ughetta and Kleinfeld, JJ.; Beldock, J., not voting. [See *ante*, p. 673.]

■ CHARLES FRANZO, JR., an Infant, by CHARLES FRANZO, His Guardian ad Litem, et al., Appellants, v. ANGELA LORE et al., Respondents.— Motion to dismiss appeal denied, without costs. (See Civ. Prac. Act, § 240.) Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ.